IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD SCOTT MAYEK,

    Plaintiff,

v.

GUNDERSON HOSPITAL-BOSOBEL, WI, et al.

    Defendants.

ORDER

Case No. 19-cv-811-jdp

Plaintiff has submitted a second request for an order directing prison officials to pay the remainder of the filing fees from plaintiff's release account and to pay for a copy of this court's Guide for Litigants Without a Lawyer.

As I explained in the October 3, 2019 order denying plaintiff's first request, with the exception of initial partial payments, this court does not have the authority to tell state officials whether, and to what extent, a prisoner should be able to withdraw money from a release account. Accordingly, I will deny this motion.

ORDER

IT IS ORDERED that plaintiff Gerald Scott Mayek's motion for an order directing prison officials to pay the remainder of the filing fee in this case and to pay for a copy of this court's Guide for Litigants Without a Lawyer from plaintiff's release account is DENIED.

Entered this 20th day of November, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge